GEORGE W. VOORHEES, as Administrator of the Estate of SCHUYLER H. VOORHEES, Deceased, Appellant, *v.* HUDSON RIVER TELEPHONE COMPANY, Respondent.

*Voorhees* v. *Hudson River Telephone Co.* 114 App. Div. 909, affirmed.
(Argued January 28, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term

in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*George B. Wellington* and *Jarvis P. O'Brien* for appellant.

*Lewis E. Griffith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.